# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:21−cv−02066

| | |
|---|---|
| Williams v. Greenwood Motor Lines Inc. et al **DO NOT DOCKET. Case electronically transferred to Western District of Kentucky, Bowling Green.**<br>Assigned to: Judge Andrew S Hanen<br>Case in other court: 129 District Court Harris County, 21−36834<br>Cause: 28:1441 Notice of Removal | Date Filed: 06/24/2021<br>Date Terminated: 01/12/2022<br>Jury Demand: Plaintiff<br>Nature of Suit: 350 Motor Vehicle<br>Jurisdiction: Diversity |

**Plaintiff**

**Tamara Lavon Williams**　　　　　　　　represented by　**Patricia Marie Morgan**
　　　　　　　　　　　　　　　　　　　　　　　　　　　Kelley Law Firm P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　　　201 N Harwood St
　　　　　　　　　　　　　　　　　　　　　　　　　　　Dallas, TX 75201
　　　　　　　　　　　　　　　　　　　　　　　　　　　972−850−0500
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: morgan@kelleyfirm.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mike Raymond Brown**　　　　　　　　　represented by　**Patricia Marie Morgan**
　　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Greenwood Motor Lines Inc.**　　　　　　represented by　**Jeffrey W Hastings**
*dba R&L Carriers*　　　　　　　　　　　　　　　　　　　Wilson Elser et al
　　　　　　　　　　　　　　　　　　　　　　　　　　　909 Fannin St
　　　　　　　　　　　　　　　　　　　　　　　　　　　Ste 3300
　　　　　　　　　　　　　　　　　　　　　　　　　　　Houston, TX 77010
　　　　　　　　　　　　　　　　　　　　　　　　　　　713−353−2000
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: jeffrey.hastings@wilsonelser.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Christopher Lee Zatezalo**　　　　　　　represented by　**Jeffrey W Hastings**
　　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/24/2021 | Ï 1 | NOTICE OF REMOVAL from 129th Harris County, case number 2021−36834 (Filing fee $ 402 receipt number 0541−26643976) filed by Greenwood Motor Lines Inc. dba R&L Carriers. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A–1, # 3 Exhibit A–2, # 4 Exhibit Index of Pleadings, # 5 Exhibit List of Attorneys)(Hastings, Jeffrey) (Entered: 06/24/2021) |
| 06/28/2021 | Ï 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 1/19/2022 at 10:00 AM in Courtroom 704 before Magistrate Judge Frances H Stacy. (Signed by Judge Andrew S Hanen) Parties notified.(hcarradi, 4) (Entered: 06/28/2021) |
| 07/06/2021 | Ï 3 | CERTIFICATE OF INTERESTED PARTIES by Greenwood Motor Lines Inc. dba R&L Carriers, filed.(Hastings, Jeffrey) (Entered: 07/06/2021) |
| 07/15/2021 | Ï 4 | MOTION to Dismiss *the Original Petition in Part Pursuant to Fed.R.Civ.P. 12(b)(6)* by Greenwood Motor Lines Inc. dba R&L Carriers, filed. Motion Docket Date 8/5/2021. (Hastings, Jeffrey) (Entered: 07/15/2021) |
| 08/05/2021 | Ï 5 | First AMENDED COMPLAINT with Jury Demand against All Defendants filed by Tamara Lavon Williams.(Morgan, Patricia) (Entered: 08/05/2021) |
| 08/09/2021 | Ï 6 | MOTION to Transfer Case to United States District Court for the Western District of Kentucky, Bowling Green Division by Greenwood Motor Lines Inc. dba R&L Carriers, Christopher Lee Zatezalo, filed. Motion Docket Date 8/30/2021. (Attachments: # 1 Exhibit A)(Hastings, Jeffrey) (Entered: 08/09/2021) |
| 08/19/2021 | Ï 7 | ANSWER to 5 Amended Complaint/Counterclaim/Crossclaim etc. by Greenwood Motor Lines Inc. dba R&L Carriers, Christopher Lee Zatezalo, filed.(Hastings, Jeffrey) (Entered: 08/19/2021) |
| 08/26/2021 | Ï 8 | CERTIFICATE of Conference by Greenwood Motor Lines Inc. dba R&L Carriers, Christopher Lee Zatezalo, filed.(Hastings, Jeffrey) (Entered: 08/26/2021) |
| 08/26/2021 | Ï 9 | PROPOSED ORDER *on Defendant's Motion to Transfer Venue* re: 6 MOTION to Transfer Case to United States District Court for the Western District of Kentucky, Bowling Green Division, filed.(Hastings, Jeffrey) (Entered: 08/26/2021) |
| 08/30/2021 | Ï 10 | RESPONSE in Opposition to 6 MOTION to Transfer Case to United States District Court for the Western District of Kentucky, Bowling Green Division, filed by Tamara Lavon Williams. (Attachments: # 1 Proposed Order Order Denying Defendants Motion)(Morgan, Patricia) (Entered: 08/30/2021) |
| 09/07/2021 | Ï 11 | REPLY in Support of 6 MOTION to Transfer Case to United States District Court for the Western District of Kentucky, Bowling Green Division, filed by Greenwood Motor Lines Inc. dba R&L Carriers. (Hastings, Jeffrey) (Entered: 09/07/2021) |
| 10/06/2021 | Ï 12 | NOTICE of Resetting. Parties notified. Initial Conference set for 3/9/2022 at 10:00 AM before Magistrate Judge Frances H Stacy, filed. (bwhite, 4) (Entered: 10/06/2021) |
| 01/12/2022 | Ï 13 | ORDER granting 6 Motion to Transfer Case to Western District of Kentucy, Bowling Green.(Signed by Judge Andrew S Hanen) Parties notified.(gkelner, 4) (Entered: 01/14/2022) |
| 01/12/2022 | Ï | Interdistrict transfer to Western District of Kentucky, Bowling Green. Case transferred electronically. Case terminated on 1/12/2022, filed. (gkelner, 4) (Entered: 01/14/2022) |